UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WAYNE DAVID CHARLES MARSHALL | * | CIVIL ACTION: 10-3198 |
| PLAINTIFF | * | |
| | * | |
| VERSUS | * | SECTION: "R" (5) |
| | * | |
| SUPREME OFFSHORE SERVICES, INC. | * | JUDGE SARAH S. VANCE |
| DEFENDANT | * | MAGISTRATE ALMA L. CHASEZ |
| | * | |

******************************************************************************************************

## ORDER

Having considered the Joint Motion to Dismiss with Prejudice filed by plaintiff, Wayne David Charles Marshall, defendant, Supreme Offshore Services, Inc., and intervenor, Commerce & Industry Insurance Company;

It is hereby **ORDERED** that this matter is **DISMISSED** in its entirety, each party to bear their own costs.

New Orleans, Louisiana, this  2nd  day of  January , 20 13 .

_____
**UNITED STATES DISTRICT JUDGE**